Jacoby *v.* German American Ins. Co.   Jacoby *v.* Mutual
Fire Ins. Co.   Jacoby *v.* Hamberg Bremen Fire Ins.
Co.   Jacoby *v.* Manchester Fire Ins. Co.   Jacoby *v.*
Reading Fire Ins. Co.   Jacoby *v.* Norwood Ins. Co.
Jacoby *v.* Aachen & Munich Fire Ins. Co.

Argued March 21, 1899.   Appeals, Nos. 22, 19, 20, 23, 21,
18, 24, March T., 1899, by defendants, from judgments of C. P.
York Co., Oct. T., 1897, Nos. 36, 24, 26, 34, 33, 21, 28, on ver-
dicts for plaintiff.   Before RICE, P. J., BEAVER, ORLADY,
SMITH, W. W. PORTER, W. D. PORTER and BEEBER, JJ.
Affirmed.   Opinions by BEEBER, J.

It appears by the record that in these cases verdict and judg-
ment were entered for the plaintiff in the sums of $469 in ap-
peals Nos. 18, 19, 21 and 23 and $938 in appeals Nos. 20, 22
and 24.   Defendant appealed in each case.

*Nevin M. Wanner*, for appellants.

*H. C. Niles*, of *Niles & Neff*, with him *Horace Keesey*, for ap-
pellee.

These appeals were heard with appeal No. 17, March term,
1899, Jacoby v. Providence Washington Insurance Company,
C. P. York Co., October term, 1897, No. 19, reported as the
next preceding case, page 185, and in each case the following
opinion was filed:

OPINION BY BEEBER, J., April 17, 1899:
The same questions are raised in this case as were raised in
the case of Jacoby et al. v. Providence Washington Insurance
Company, ante, p. 185.   For the reasons given in the opinion
in that case this judgment is affirmed.